**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

RENASCENT ENERGY HOLDINGS LLC  §
§
v.  §  CASE NO. 2:25-cv-623-JRG
§
§
EXXON MOBIL CORPORATION  §

## <u>ORDER</u>

The undersigned hereby recuses himself with regard to the above entitled and numbered

civil action.

**So ORDERED and SIGNED this 12th day of June, 2025.**

_____
RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE